AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

USA

V.

Justin David Gaglio

## EXHIBIT AND WITNESS LIST

Case Number: 24-mj-4399

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hennessy | Porter | Peachy |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 09/30/2024 | Digitial | King |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Witness: Steven Kimball |
| 1 |  |  | x | x | Complaint Affidavit |
| 2 |  |  | x | x | printout of website inquiry to elected official (unredacted version) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages